In the Matter of HARTFORD/NORTH BAILEY HOMEOWNERS ASSOCIATION, by FRANK S. PASZTOR, its President, Appellant, v ZONING BOARD OF APPEALS OF THE TOWN OF AMHERST et al., Respondents. (And Another Proceeding.)

Submitted November 9, 2009; decided December 17, 2009

Reported below, 66 AD3d 1504; 63 AD3d 1721.

Motion, insofar as it seeks leave to appeal from the Appellate Division order of affirmance, denied; motion, insofar as it seeks leave to appeal from the Appellate Division order denying leave to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the proceedings within the meaning of the Constitution.

ROBERT DILLARD JONES, Appellant, v NAZIEMUL SAFI et al., Defendants, and LAZAROWITZ & MANGANILLO, P.C., et al., Respondents.

Submitted November 9, 2009; decided December 17, 2009

Reported below, 58 AD3d 603.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.